IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **COLUMBIA GAS TRANSMISSION, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 2:16-cv-01223 |
| ) | |
| **691.73 ACRES OF LAND MORE OR** ) | |
| **LESS IN CLAY AND KANAWHA** ) | |
| **COUNTIES, WEST VIRGINIA, QS** ) | |
| **COAL, INC.**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## JOINT MOTION FOR ENTRY OF ORDER
## VESTING TITLE IN COLUMBIA AND DISMISSING THIS ACTION

COME NOW Plaintiff Columbia Gas Transmission, LLC ("**Columbia**") and Defendants JASF Energy, LLC ("**JASF**"), QS Coal, Inc. ("**QS Coal**"), and D H M Corporation, a/k/a DHM Corporation, a/k/a D.H.M. Corporation ("**DHM**," and collectively with Columbia, JASF and QS Coal, the "**Parties**"),[1] by and through counsel, and jointly move this Court for entry of its Order Vesting Title in Columbia and Dismissing this Action. The Parties state as follows:

1. On March 17, 2017, 2017, upon a Consent Motion by the Parties [ECF Doc. 116], this Court entered its Amended Order Determining Just Compensation [ECF Doc 119].

2. The Parties hereby affirm that Columbia has tendered the amount of the Just Compensation Award to JASF, QS Coal and DHM as required by the Amended Order Determining Just Compensation [ECF Doc 119].

---

[1] The Parties constitute all remaining active, interested litigants in this condemnation matter.

3. The Parties respectfully request that this Court enter its Order Vesting Title in Columbia and Dismissing the Action, the proposed form of which is appended hereto as <u>Exhibit A</u>.

WHEREFORE, the Parties respectfully request that this Court enter its Order consistent herewith, a proposed form of which is appended hereto as <u>Exhibit A</u>.

                                        Respectfully submitted,

                                        */s/ David M. Fedder*
                                        John R. Haug, Missouri Bar #38738
                                             *Admitted Pro Hac Vice*
                                        David M. Fedder, Missouri Bar #38823
                                           *Admitted Pro Hac Vice*
                                        One Metropolitan Square, Suite 3000
                                        St. Louis, Missouri  63102
                                        (314) 241-1800
                                        (314) 259-5959 fax
                                        John.Haug@dentons.com
                                        David.Fedder@dentons.com

                                        and

                                        Stephen F. Gandee, W. Va. Bar # 5204
                                        Robinson & McElwee PLLC
                                        700 Virginia Street East, Suite 400
                                        Charleston, West Virginia  25301
                                        (304) 347-8330
                                        mwk@ramlaw.com
                                        sfg@ramlaw.com

                                        *Attorneys for Plaintiff Columbia Gas Transmission, LLC*

*/s/ Allen M. Lopus*
Allen M. Lopus
Robert J. Ridge
CLARK HILL PLC
1290 Suncrest Towne Center Dr.
Morgantown, West Virginia  26565
alopus@clarkhill.com
rridge@clarkhill.com

*Attorneys for Defendant JASF Energy, LLC*



*/s/ James V. Cann*
James V. Cann
YOUNG MORGAN & CANN, PLLC
363 Lee Ave.
Clarksburg, West Virginia  26301
jvc@citynet.net

*Attorneys for Defendants QS Coal, Inc.
and D H M Corporation*

## CERTIFICATE OF SERVICE

I certify that on the 31st day of March, 2017, a true and accurate copy of the foregoing document was sent via U.S. Mail, First-Class, postage prepaid to:

| | |
|---|---|
| Ronald J. Flora<br>Ronald J. Flora Attorney at Law<br>1115 Smith Street<br>Milton, West Virginia 25541 | Pennzoil-Quaker State Company<br>c/o CT Corporation System<br>5400 D Big Tyler Rd.<br>Charleston, West Virginia  25313 |
| *Attorney for Queen Shoals PSD and County Court of Clay Co., West Virginia* | |

        /s/*Stephen F. Gandee*
*Attorney for Plaintiff Columbia Gas Transmission, LLC*