IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION, LLC, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>691.73 ACRES OF LAND MORE OR )<br>LESS IN CLAY AND KANAWHA )<br>COUNTIES, WEST VIRGINIA, QS )<br>COAL, INC., *et al.*, )<br>)<br>**Defendants.** ) | Case No.: 2:16-cv-01223 |

## ORDER VESTING TITLE IN COLUMBIA AND DISMISSING ACTION

This matter comes before the Court on Plaintiff Columbia Gas Transmission, LLC ("Columbia") and Defendants JASF Energy, LLC ("JASF"), QS Coal, Inc. ("QS Coal"), and D H M Corporation, a/k/a DHM Corporation, a/k/a D.H.M. Corporation ("DHM," and collectively with Columbia, JASF and QS Coal, the "Parties")[1] Joint Motion for Entry of Order Vesting Title in Columbia and Dismissing this Action.  The Court finds as follows:

1. Upon Consent Motion by the Parties, the Court hereby finds it appropriate and proper to enter the instant Order vesting in Columbia title to the Easements as prayed for in Columbia's Complaint in Condemnation [ECF Doc. 1].

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Title to the Easements, as prayed for in Columbia's Complaint in Condemnation is hereby vested in Columbia.

---

[1] The Parties constitute all remaining active, interested litigants in this condemnation matter.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this case is hereby dismissed, without prejudice, each party to bear its own respective costs.

Dated: _April 24_, 2017

_____
The Honorable Joseph R. Goodwin